UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NORTH AMERICAN INDUSTRIAL SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> REDI SERVICES, LLC, et al., <br><br> Defendants. | 3:09-CV-0673-RCJ-VPC <br><br> **ORDER** |

On July 19, 2010, plaintiff filed a motion to release sealed transcript (#78).

IT IS ORDERED that the recording of the sealed settlement conference held before this Court on Friday, July 16, 2010 shall be unsealed for the purpose of providing a transcript of such proceeding to plaintiff's counsel.

DATED: July 20, 2010.

_____
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE