IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| NORTH AMERICAN INDUSTRIAL SERVICES, INC., | 3:09-cv-673-RCJ-VPC |
| Plaintiffs, | Date: June 27, 2011 |
| V. | MINUTES OF THE COURT |
| REDI SERVICES, LLC, et al., | |
| Defendants. | |

PRESENT:  THE HONORABLE   ROBERT C. JONES  , CHIEF  U.S. DISTRICT JUDGE

Deputy Clerk:  BRENDA L. GORBET   Reporter:    NONE APPEARING

Counsel  for  Plaintiff  (s):         NONE APPEARING

Counsel for Defendant (s):          NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Plaintiff, North American Industrial Services, Inc. having filed Notice of Payment acknowledging full payment from Redi Services, LLC in accordance with the Court's Order of October 27 , 2010 (Court Document (#83)

**IT IS THEREFORE HEREBY ORDERED** that Status Conference Hearing set  for June 29, 2011 is **VACATED**. Parties having complied with Order (#83) and there being no further matters at issue in this case.

**IT IS FURTHER ORDERED** that this action is hereby **DISMISSED with Prejudice**  in accordance with Order  (#83).

LANCE S. WILSON, CLERK

By: /s/ BRENDA L. GORBET,
Deputy Clerk